# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

TAVIA WAGNER,   CASE No.: 6:25-cv-01996-JA-RMN
    Plaintiff,

vs.

DELNICE CORPORATION
and WINN DIXIE STORES, INC.,
d/b/a WINN DIXIE STORE #2233,
    Defendants.

_____/

## NOTICE OF SETTLEMENT

Plaintiff, Tavia Wagner, hereby notifies the Court that Plaintiff, Tavia Wagner, and Defendants, Delnice Corporation and Winn Dixie Stores, Inc. d/b/a Winn Dixie Store #2233, have resolved the matters in controversy in this action between them. It is requested by Plaintiff, Tavia Wagner, that the case be dismissed with prejudice.

**Dated: January 7, 2026.**

    By: /s/ Anthony T. Litsch III
    Anthony T. Litsch III
    Physical Address
    328 N. Ridgewood Avenue, Suite #9
    Edgewater, FL 32132
    Mailing Address
    301 Mission Drive #1241 (must include #)
    New Smyrna Beach, FL 32168
    Phone: (386) 409-7252
    Email: bb_litsch4@att.net
    Email: anthonytlitschiii@gmail.com
    Florida Bar #0084437
    Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 7, 2026, the foregoing document was electronically filed with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record.

By: /s/ Anthony T. Litsch III<br>
Anthony T. Litsch III<br>
Physical Address<br>
328 N. Ridgewood Avenue, Suite #9<br>
Edgewater, FL 32132<br>
Mailing Address<br>
301 Mission Drive #1241 (must include #)<br>
New Smyrna Beach, FL 32168<br>
Phone: (386) 409-7252<br>
Email: bb_litsch4@att.net<br>
Email: anthonytlitschiii@gmail.com<br>
Florida Bar #0084437<br>
Attorney for Plaintiff